UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

**UNITED STATES OF AMERICA**

**-v-**  Case No.  **2:07cr20327-1Ml**

**ALTON DANIEL**

_____

# ORDER

This cause came on for consideration without oral argument on the following motion petition filed herein: **to Revoke Bond**. The motion was heard on Tuesday November 6, 2007, and through the agreement of counsel, the motion is hereby **DISMISSED**. Defendant to be released on his present bond with the same conditions previously imposed.

**DONE** and **ORDERED** in 167 North Main, Memphis, Tennessee on this ___6th____ day of November, 2007.

_____s/James H. Allen_____
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
ALTON DANIEL